3/20/20

FILED ___ ENTERED
LOGGED ___ RECEIVED

I Anthony Lyons am conected to the Satilite Control Systems I am physically conected to the Government Control Satilite. The Division is Washington D.C. They are aware of me being Accidently program on that control system from the Correction System.

For my physical lost damage of my property and Medical Exspenses The amount is 10 Million Dollars we can negosheate this sum.

Signed
Anthony Lyons

MAR 20 2020
CLERK, U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND
BY ___ DEPUTY

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/20, 2020

Signature of Plaintiff _Anthony Lyons_
Printed Name of Plaintiff _ANThony Lyons_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
Email Address _____